UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WENDY HELMKE AND BRENDA SANDER,<br><br>Plaintiffs,<br><br>vs.<br><br>SANOFI, U.S.,<br><br>Defendant. | 2:23-CV-11205<br><br>**ORDER RE NOTICE OF VOLUNTARY DISMISSAL**<br><br>HONORABLE TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiff Brenda Sander, the above captioned action against Defendant is voluntarily dismissed without prejudice as to Brenda Sander, only.

**IT IS SO ORDERED.**

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

DATED: October 10, 2023